IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. ROBERT LANCE WILSON, D.O., | ) |
| Plaintiff, | ) |
| v. | ) No. 14 CV 10521 |
| | ) Judge Rebecca R. Pallmeyer |
| ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S FOURTH AMENDED COMPLAINT**

Defendants State of Illinois, the Illinois Department of Financial and Professional Regulation, its former Director Jay Stewart, its former Director Leonard Sherman, its former Chief Prosecutor Thomas Glasgow, and its former Chief Medical Coordinator Dr. Andrew Gorchynsky by their attorney Lisa Madigan, the Illinois Attorney General, hereby move to dismiss Plaintiff's Fourth Amended Complaint for failing to state a claim and for lack of subject-matter jurisdiction, as fully set forth in their motions to dismiss the Second Amended Complaint (Dkt. 19, 22, 42, 43) and in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's Fourth Amended Complaint. Defendants respectfully request that this Court grant this motion in their favor and dismiss the case in its entirety with prejudice.

1

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois
Attorney No. 99000

By:   /s/ *Sarah H. Newman*
Sarah H. Newman
Michael Dierkes
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
312-814-6131 / 312-814-3672
snewman@atg.state.il.us
mdierkes@atg.state.il.us

*Counsel for Defendants*